FILED

MAY 13 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL FLORES-REDONDO,<br><br>　　　　　Defendant. | Case No. <u>21-CR-1100-DMS</u><br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO WITHDRAW DOCUMENT 21**<br><br>The Honorable Ruth Bermudez Montenegro |

　　　The United States of America's Motion to Withdraw Document (ECF No. 21) is GRANTED.

DATED: <u>5/13/2021</u>

_____
Hon. Ruth Bermudez Montenegro
United States ~~District~~ Magistrate Judge